**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                    Case No. 8:25-cr-298-MSS-TGW

THOMAS MENDEZ URBINA

**CLERK'S MINUTES**
Proceeding: Arraignment
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: May 15, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 2:09 p.m. |
| USPO: Charlene Cohen | Recess: 2:15 p.m. |
| Court Reporter: Digital | Total Time: 6 min |
| Interpreter: James Plunkett, Spanish (sworn) | |

Counsel for USA: Michael Kenneth, AUSA
Counsel for Defendant: Ryan Maguire, AFPD

Court calls case and counsel enters appearances.

Court appoints Federal Defender's Office. Defendant was appointed counsel in the District of Puerto Rico.

Court advises of charges contained in Indictment. Defendant waives full and formal reading, enters a plea of not guilty, moves to participate in discovery. Government moves for reciprocal discovery.

Defendant was ordered detained in the District of Puerto Rico.

Trial set for the July 6 trial term before Judge Scriven. Status report due by the 15th of each month.

Oral due process order pronounced.

Recess.